IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AQUILA INVESTMENT GROUP,** an Illinois Limited Liability Company, *doing business as* **SUCCESS GROUP INTERNATIONAL** *and as* **ELECTRICIANS' SUCCESS INTERNATIONAL**<br><br>          Plaintiff,<br><br>v.<br><br>**NUCLEUS ENTERPRISES, INC.,** a Nebraska Corporation, *doing business as* **POWER CREW**<br><br>          Defendant. | CASE NO. 8:16CV392<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties in this matter, it is noted that the law firm representing the defendant is on the undersigned's recusal list.  Therefore, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a) and requests that the matter be reassigned.

SO ORDERED.

DATED this 8th day of September, 2016.

                                                        BY THE COURT:

                                                        s/Laurie Smith Camp
                                                        Chief United States District Judge